IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

## INITIAL APPEARANCE - REVOCATION
### COURT MINUTES - CRIMINAL

United States of America,

    Plaintiff,

v.

Michael Torrente Hill, Jr,

    Defendant.

BEFORE: David T. Schultz
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Case No: | 23-cr-342 DSD/DTS |
| Date: | August 15, 2024 |
| Courthouse: | Minneapolis |
| Courtroom: | 9E |
| Time Commenced: | 1:55 p.m. |
| Time Concluded: | 1:58 p.m. |
| Time in Court: | 3 minutes |

APPEARANCES:

 Plaintiff: Justin Wesley, Assistant U.S. Attorney
 Defendant: Matthew Deates, Assistant Federal Public Defender
   X FPD

Date Charges Filed: 7/31/2024  Offense: violated no contact order

X Advised of Rights

on Violation of  X Pre-trial Release

X Defendant released on previous conditions.  No order to be issued.


Additional Information:
.

                           s/jam
                      Signature of Courtroom Deputy