UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-cr-342 (DSD/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.        Plaintiff,  ) | **ORDER TO EXTEND SELF- SURRENDER DATE** |
| ) | |
| MICHAEL TORRENTE HILL, JR., ) | |
| ) | |
| Defendant.   ) | |

Benjamin Bejar, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Matthew Deates, Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

The Defendant has moved to extend his date to self-surrender to the federal Bureau of Prisons by six days. The government does not object to Defendant's Motion. For good cause appearing, the Motion is GRANTED. The Defendant shall surrender to the facility designated by the Bureau of Prisons or to the U.S. Marshal's Office in Minneapolis by **Tuesday, April 29 at 10:00 am.**

Dated:  4/16/25

Honorable David S. Doty
U.S. District Court Judge